# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re: BASUM CORPORATION § Case No. 8:01-bk-05320-ALP9
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 28, 2001. The undersigned trustee was appointed on April 19, 2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $ 50,780.62

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 2,700.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 48,080.62 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6.  The deadline for filing claims in this case was 11/13/2001.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,789.03.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,789.03, for a total compensation of $5,789.03.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $531.08, for total expenses of $531.08.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/24/2010            By:/s/DOUGLAS N. MENCHISE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:01-bk-05320-ALP9  
**Case Name:** BASUM CORPORATION  

**Period Ending:** 02/24/10

**Trustee:** (290770) DOUGLAS N. MENCHISE  
**Filed (f) or Converted (c):** 06/28/01 (c)  
**§341(a) Meeting Date:** 08/14/01  
**Claims Bar Date:** 11/13/01

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a) DA=§554(c)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Bank account-HUNTINGTON BANK | 24,257.29 | 26,619.67 | | 26,619.67 | FA |
| 2 | Post-Petition Interest Deposits (u) | Unknown | 605.92 | | 1,060.95 | FA |
| 3 | VACANT LOT 2500 COLLINGSWOOD BLVD PTCH | 2,640.00 | 2,640.00 | | 8,250.00 | FA |
| 4 | VACANT LOT 12403 DIVIAN AVE. | 1,895.00 | 1,895.00 | | 4,950.00 | FA |
| 5 | VACANT LOT-12395 DIVIAN AVE. | 1,895.00 | 1,895.00 | | 4,950.00 | FA |
| 6 | VACANT LOT 12387 DIVIAN AVE. | 1,895.00 | 1,895.00 | | 4,950.00 | FA |
| 7 | LOAN TO PHIL SAPENARO | 1,225.00 | 1,225.00 | DA | 0.00 | FA |
| 8 | LIEN AGAINST FORMER CLIENT "JENKS" | 33,391.00 | 33,391.00 | DA | 0.00 | FA |
| 9 | LIEN AGAINS FORMER CLIENT "KELLER" | 32,005.50 | 32,005.50 | DA | 0.00 | FA |
| 10 | LIEN AGAINST FORMER CLIENT FERRIOLA | 18,259.00 | 18,259.00 | DA | 0.00 | FA |
| 11 | TRAILER | 250.00 | 250.00 | DA | 0.00 | FA |
| 12 | COMPUTER FAX MACHINE OFFICE FURNITURE | 470.00 | 470.00 | DA | 0.00 | FA |
| 13 | TOOLS | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| **13** | **Assets** **Totals** (Excluding unknown values) | **$119,182.79** | **$122,151.09** | | **$50,780.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

12-31-01 Order entered on trustee's Objection to admisitrative expense of debtor's counsel Marshall Cohen to disgorge $4000 and allow him to keep $1000. Trustee filed Motion for clarifiecation as two orders were entered that appeared to conflict each other.

Trustee in process of hiring special counsel to determine if the construction liens and claims are worth pursuing.

September 30, 2002 - Trustee has determined that further administration will not result in a meaningful distribution to creditors and will be filing a TFR.

07/31/03 claims being reviewed.

November 12, 2003 - Reviewing claims and have objected to Claim 9, 32, 22, 34, 14, & 16. Will be filing objection to Claim #29 and Claim #7 is secured.

November 24, 2003, 09:49 pm Filed objection to secured claim #29.

November 30, 2003, 09:49 pm Filed objection to secured claim #7.

4/19/04 - CASE REASSIGNED TO DNM FROM HEIDKAMP; 5/5/04 - SENT LETTER TO BANK OF AMERICA RE: WIRE TRANSFER TO CHASE; IN CLOSING PROCESS

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 8:01-bk-05320-ALP9 | **Trustee:** (290770) DOUGLAS N. MENCHISE |
| **Case Name:** BASUM CORPORATION | **Filed (f) or Converted to (c):** 06/28/01 (c) |
| | **§341(a) Meeting Date:** 08/14/01 |
| **Period Ending:** 02/24/10 | **Claims Bar Date:** 11/13/01 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

03/27/07 - FORWARDED STIPULATION ON TRUSTEE FEES TO HEIDKAMP FOR SIGNATURE; 09/6/07 - REVIEWED CLAIMS; INVESTIGATING MECHANIC'S LIENS TO DETERMINE IF STILL VALID OR IF THEY'VE BEEN PAID OFF BY HOMEOWNERS; 09/11/07 - SENT INFORMATION TO JUDY SMITH TO PREPARE CORPORATE TAX RETURN; 10/01/07 - Filed Application to Employ Accountant to prepare tax returns; 1/10/08 - researched status of mechanic's liens; 03/20/08 - Filed Objection to Claim No. 13; 05/19/08 - Drafted proposed Order on Objection to Claim No. 13; 05/20/08 - Sent info on Charlotte County lots to Bay Area; 5/22/08 - Filed Application to Employ Bay Area; 07/10/08 - Filed Application to Pay Auctioneer; 07/15/08 - Prepared Trustee's Deeds; 07/18/08 - Sent letter to Purchaser forwarding deeds; 10/01/08 - Forwarded updated Form 1 & 2 to accountant; 12/9/08 - Filed objection to claim no. 8 along with order; filed objection to claim no. 36 along with order; 3/17/09 - Sent IRS letter to accountant re: tax returns;

***FILED TFR 11/10/09; TFR RETURNED 1/6/10; 01/15/10 - Filed Objection to Duplicate Claim No. 27; 2/17/10 - Order on Claim No. 27 entered; REFILED TFR 02/24/10;

**Initial Projected Date Of Final Report (TFR):**  December 31, 2002  **Current Projected Date Of Final Report (TFR):**  February 24, 2010  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 8:01-bk-05320-ALP9 | |
| Case Name: | BASUM CORPORATION | |
| | | |
| Taxpayer ID #: | 14-1688702 | |
| Period Ending: | 02/24/10 | |

| | |
|---|---|
| Trustee: | DOUGLAS N. MENCHISE (290770) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****79-65 - Money Market Account |
| Blanket Bond: | $48,407,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/04 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH JPMORGAN CHASE BRANCH 312 | 9999-000 | 27,225.59 | | 27,225.59 |
| 05/28/04 | {2} | JPMORGAN CHASE BANK | Interest Earned | 1270-000 | 2.80 | | 27,228.39 |
| 06/30/04 | {2} | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 3.36 | | 27,231.75 |
| 07/30/04 | {2} | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 3.47 | | 27,235.22 |
| 08/31/04 | {2} | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 4.25 | | 27,239.47 |
| 09/30/04 | {2} | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 4.48 | | 27,243.95 |
| 10/29/04 | {2} | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 4.85 | | 27,248.80 |
| 11/30/04 | {2} | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 5.60 | | 27,254.40 |
| 12/31/04 | {2} | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 5.79 | | 27,260.19 |
| 01/31/05 | {2} | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 6.83 | | 27,267.02 |
| 02/28/05 | {2} | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 6.50 | | 27,273.52 |
| 03/31/05 | {2} | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 8.11 | | 27,281.63 |
| 04/29/05 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 7.85 | | 27,289.48 |
| 05/31/05 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 8.11 | | 27,297.59 |
| 06/30/05 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 8.71 | | 27,306.30 |
| 07/29/05 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 9.47 | | 27,315.77 |
| 08/31/05 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 10.44 | | 27,326.21 |
| 09/30/05 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 10.75 | | 27,336.96 |
| 10/31/05 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 11.87 | | 27,348.83 |
| 11/30/05 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 12.37 | | 27,361.20 |
| 12/30/05 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.68 | | 27,374.88 |
| 01/31/06 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 15.42 | | 27,390.30 |
| 02/28/06 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 14.71 | | 27,405.01 |
| 03/31/06 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 16.30 | | 27,421.31 |
| 04/28/06 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.36 | | 27,438.67 |
| 05/31/06 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.65 | | 27,457.32 |
| 06/30/06 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.06 | | 27,475.38 |
| 07/31/06 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.67 | | 27,494.05 |
| 08/31/06 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.69 | | 27,512.74 |
| 09/29/06 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.48 | | 27,530.22 |
| 10/31/06 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.30 | | 27,549.52 |
| 11/30/06 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.10 | | 27,567.62 |
| 12/29/06 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.51 | | 27,585.13 |
| 01/31/07 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.39 | | 27,603.52 |
| 02/28/07 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.75 | | 27,617.27 |
| | | | Subtotals : | | $27,617.27 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 8:01-bk-05320-ALP9 | |
| Case Name: | BASUM CORPORATION | |
| | | |
| Taxpayer ID #: | 14-1688702 | |
| Period Ending: | 02/24/10 | |

| | |
|---|---|
| Trustee: | DOUGLAS N. MENCHISE (290770) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****79-65 - Money Market Account |
| Blanket Bond: | $48,407,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/26/07 | {2} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 12.28 | | 27,629.55 |
| 03/26/07 | | To Account #*******7966 | TRANSFER OF FUNDS TO CHECKING ACCOUNT UPON FILING OF TFR | 9999-000 | | 27,629.55 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 27,629.55 | 27,629.55 | **$0.00** |
| Less: Bank Transfers | 27,225.59 | 27,629.55 | |
| **Subtotal** | **403.96** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$403.96** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 8:01-bk-05320-ALP9 |
| **Case Name:** | BASUM CORPORATION |
| **Taxpayer ID #:** | 14-1688702 |
| **Period Ending:** | 02/24/10 |

| | |
|---|---|
| **Trustee:** | DOUGLAS N. MENCHISE (290770) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****79-66 - Checking Account |
| **Blanket Bond:** | $48,407,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/07 | | From Account #*******7965 | TRANSFER OF FUNDS TO CHECKING ACCOUNT UPON FILING OF TFR | 9999-000 | 27,629.55 | | 27,629.55 |
| 06/30/08 | | To Account #*******7967 | TRANSFER BACK TO MONEY MARKET PENDING CLOSING OF CASE | 9999-000 | | 27,629.55 | 0.00 |
| 11/09/09 | | From Account #*******7967 | TRANSFER OF FUNDS TO CHECKING ACCOUNT UPON FILING OF TFR | 9999-000 | 48,080.62 | | 48,080.62 |
| 01/20/10 | | Wire out to BNYM account 9200******7966 | Wire out to BNYM account 9200******7966 | 9999-000 | -48,080.62 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 27,629.55 | 27,629.55 | **$0.00** |
| Less: Bank Transfers | 27,629.55 | 27,629.55 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 8:01-bk-05320-ALP9 | | Trustee: | DOUGLAS N. MENCHISE (290770) |
| Case Name: | BASUM CORPORATION | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****79-67 - Money Market Account |
| Taxpayer ID #: | 14-1688702 | | Blanket Bond: | $48,407,000.00 (per case limit) |
| Period Ending: | 02/24/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/08 | | BAY AREA AUCTION SERVICES, INC. | PROCEEDS FROM AUCTION SALE OF LOTS IN CHARLOTTE COUNTY, Fl | | 23,100.00 | | 23,100.00 |
| | {3} | | 8,250.00 | 1110-000 | | | 23,100.00 |
| | {4} | | 4,950.00 | 1110-000 | | | 23,100.00 |
| | {5} | | 4,950.00 | 1110-000 | | | 23,100.00 |
| | {6} | | 4,950.00 | 1110-000 | | | 23,100.00 |
| 06/30/08 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.11 | | 23,100.11 |
| 06/30/08 | | From Account #*******7966 | TRANSFER BACK TO MONEY MARKET PENDING CLOSING OF CASE | 9999-000 | 27,629.55 | | 50,729.66 |
| 07/14/08 | 1001 | BAY AREA AUCTION SERVICES, INC. | PAYMENT OF ADMINISTRATIVE AUCTIONEER FEES PER 7/11/08 COURT ORDER | 3610-000 | | 2,100.00 | 48,629.66 |
| 07/14/08 | 1002 | BAY AREA AUCTION SERVICES, INC. | PAYMENT OF ADMINISTRATIVE AUCTIONEER EXPENSES PER 7/11/08 COURT ORDER | 3620-000 | | 600.00 | 48,029.66 |
| 07/31/08 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.18 | | 48,035.84 |
| 08/29/08 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.71 | | 48,041.55 |
| 09/30/08 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.30 | | 48,047.85 |
| 10/31/08 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.24 | | 48,053.09 |
| 11/28/08 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 3.77 | | 48,056.86 |
| 12/31/08 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.40 | | 48,060.26 |
| 01/30/09 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.96 | | 48,062.22 |
| 02/27/09 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.83 | | 48,064.05 |
| 03/31/09 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.09 | | 48,066.14 |
| 04/30/09 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.96 | | 48,068.10 |
| 05/29/09 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.89 | | 48,069.99 |
| 06/30/09 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.09 | | 48,072.08 |
| 07/31/09 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.02 | | 48,074.10 |
| 08/31/09 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.02 | | 48,076.12 |
| 09/30/09 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.96 | | 48,078.08 |
| 10/30/09 | {2} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.96 | | 48,080.04 |
| 11/09/09 | {2} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.58 | | 48,080.62 |
| 11/09/09 | | To Account #*******7966 | TRANSFER OF FUNDS TO CHECKING ACCOUNT UPON FILING OF TFR | 9999-000 | | 48,080.62 | 0.00 |

| | | Subtotals : | $50,780.62 | $50,780.62 |
|---|---|---|---|---|

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 8:01-bk-05320-ALP9 | | Trustee: | DOUGLAS N. MENCHISE (290770) |
| Case Name: | BASUM CORPORATION | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****79-67 - Money Market Account |
| Taxpayer ID #: | 14-1688702 | | Blanket Bond: | $48,407,000.00 (per case limit) |
| Period Ending: | 02/24/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 50,780.62 | 50,780.62 | $0.00 |
| | | | Less: Bank Transfers | | 27,629.55 | 48,080.62 | |
| | | | **Subtotal** | | **23,151.07** | **2,700.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,151.07** | **$2,700.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 8:01-bk-05320-ALP9 | |
| **Case Name:** | BASUM CORPORATION | |
| **Taxpayer ID #:** | 14-1688702 | |
| **Period Ending:** | 02/24/10 | |

| | |
|---|---|
| **Trustee:** | DOUGLAS N. MENCHISE (290770) |
| **Bank Name:** | Nations Bank |
| **Account:** | ********80 - EPI-NB Money Market |
| **Blanket Bond:** | $48,407,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/09/01 | {1} | BANK, HUNTINGTON | Debtor payment on overage  Debtor payment toward assets | 1290-000 | 22,619.67 | | 22,619.67 |
| 08/31/01 | {2} | Bank of America | Interest Rate  2.100 | 1270-000 | 24.66 | | 22,644.33 |
| 09/28/01 | {2} | Bank of America | Interest Rate  2.100 | 1270-000 | 36.51 | | 22,680.84 |
| 10/31/01 | {2} | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 43.10 | | 22,723.94 |
| 11/30/01 | {2} | Bank of America | Interest Rate  1.500 | 1270-000 | 32.89 | | 22,756.83 |
| 12/18/01 | {1} | COHEN, P.A., MARSHALL | Debtor payment on overage  Debtor payment toward assets | 1290-000 | 4,000.00 | | 26,756.83 |
| 12/31/01 | {2} | Bank of America | Interest Rate  1.500 | 1270-000 | 31.15 | | 26,787.98 |
| 01/31/02 | {2} | Bank of America | Interest Rate  1.500 | 1270-000 | 34.15 | | 26,822.13 |
| 02/28/02 | {2} | Bank of America | Interest Rate  1.500 | 1270-000 | 30.88 | | 26,853.01 |
| 03/29/02 | {2} | Bank of America | Interest Rate  1.200 | 1270-000 | 28.27 | | 26,881.28 |
| 04/30/02 | {2} | Bank of America | Interest Rate  1.200 | 1270-000 | 26.53 | | 26,907.81 |
| 05/31/02 | {2} | Bank of America | Interest Rate  1.200 | 1270-000 | 27.42 | | 26,935.23 |
| 06/28/02 | {2} | Bank of America | Interest Rate  1.200 | 1270-000 | 26.57 | | 26,961.80 |
| 07/31/02 | {2} | Bank of America | Interest Rate  1.200 | 1270-000 | 27.48 | | 26,989.28 |
| 08/30/02 | {2} | Bank of America | Interest Rate  1.200 | 1270-000 | 27.50 | | 27,016.78 |
| 09/30/02 | {2} | Bank of America | Interest Rate  1.200 | 1270-000 | 26.65 | | 27,043.43 |
| 10/31/02 | {2} | Bank of America | Interest Rate  1.200 | 1270-000 | 27.56 | | 27,070.99 |
| 11/29/02 | {2} | Bank of America | Interest Rate  0.850 | 1270-000 | 22.03 | | 27,093.02 |
| 12/31/02 | {2} | Bank of America | Interest Rate  0.850 | 1270-000 | 19.56 | | 27,112.58 |
| 01/31/03 | {2} | Bank of America | Interest Rate  0.850 | 1270-000 | 19.57 | | 27,132.15 |
| 02/28/03 | {2} | Bank of America | Interest Rate  0.850 | 1270-000 | 17.69 | | 27,149.84 |
| 03/31/03 | {2} | Bank of America | Interest Rate  0.500 | 1270-000 | 12.31 | | 27,162.15 |
| 04/30/03 | {2} | Bank of America | Interest Rate  0.500 | 1270-000 | 11.16 | | 27,173.31 |
| 05/30/03 | {2} | Bank of America | Interest Rate  0.500 | 1270-000 | 11.54 | | 27,184.85 |
| 06/30/03 | {2} | Bank of America | Interest Rate  0.500 | 1270-000 | 11.17 | | 27,196.02 |
| 07/31/03 | {2} | Bank of America | Interest Rate  0.200 | 1270-000 | 4.62 | | 27,200.64 |
| 08/29/03 | {2} | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 4.61 | | 27,205.25 |
| 09/30/03 | {2} | Bank of America | Interest Rate  0.200 | 1270-000 | 4.48 | | 27,209.73 |
| 10/31/03 | {2} | Bank of America | Interest Rate  0.200 | 1270-000 | 4.62 | | 27,214.35 |
| 11/28/03 | {2} | Bank of America | Interest Rate  0.200 | 1270-000 | 4.47 | | 27,218.82 |
| 12/31/03 | {2} | Bank of America | Interest Rate  0.100 | 1270-000 | 2.32 | | 27,221.14 |
| 01/30/04 | {2} | Bank of America | Interest Rate  0.100 | 1270-000 | 2.30 | | 27,223.44 |
| 02/27/04 | {2} | Bank of America | Interest Rate  0.100 | 1270-000 | 2.15 | | 27,225.59 |
| 03/01/04 | | Transfer to Acct #3758475476 | Final Posting Transfer | 9999-000 | | 27,225.59 | 0.00 |

| | | | Subtotals : | $27,225.59 | $27,225.59 |
|---|---|---|---|---|---|

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 8:01-bk-05320-ALP9 | **Trustee:** | DOUGLAS N. MENCHISE (290770) |
| **Case Name:** BASUM CORPORATION | **Bank Name:** | Nations Bank |
| | **Account:** | ********80 - EPI-NB Money Market |
| **Taxpayer ID #:** 14-1688702 | **Blanket Bond:** | $48,407,000.00 (per case limit) |
| **Period Ending:** 02/24/10 | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 27,225.59 | 27,225.59 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 27,225.59 | |
| | | | **Subtotal** | | **27,225.59** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$27,225.59** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 8:01-bk-05320-ALP9 | | **Trustee:** | DOUGLAS N. MENCHISE (290770) | | |
| **Case Name:** | BASUM CORPORATION | | **Bank Name:** | Nations Bank | | |
| | | | **Account:** | *******76 - BofA General | | |
| **Taxpayer ID #:** | 14-1688702 | | **Blanket Bond:** | $48,407,000.00 (per case limit) | | |
| **Period Ending:** | 02/24/10 | | **Separate Bond:** | N/A | | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/04 | | Transfer from Acct #3754654880 | Transfer In From MMA Account | 9999-000 | 27,225.59 | | 27,225.59 |
| 05/05/04 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO OPEN NEW BANK ACCOUNT WITH JPMORGAN CHASE BRANCH 312 | 9999-000 | | 27,225.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 27,225.59 | 27,225.59 | $0.00 |
| | | | Less: Bank Transfers | | 27,225.59 | 27,225.59 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 8:01-bk-05320-ALP9 | |
| **Case Name:** BASUM CORPORATION | |
| **Taxpayer ID #:** 14-1688702 | |
| **Period Ending:** 02/24/10 | |

| | |
|---|---|
| **Trustee:** | DOUGLAS N. MENCHISE (290770) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******79-66 - Checking Account |
| **Blanket Bond:** | $48,407,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******7966 | Wire in from JPMorgan Chase Bank, N.A. account *******7966 | 9999-000 | 48,080.62 | | 48,080.62 |
| | | | **ACCOUNT TOTALS** | | 48,080.62 | 0.00 | **$48,080.62** |
| | | | Less: Bank Transfers | | 48,080.62 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 50,780.62 |
| Net Estate : | $50,780.62 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****79-65** | 403.96 | 0.00 | 0.00 |
| **Checking # ***-*****79-66** | 0.00 | 0.00 | 0.00 |
| **MMA # ***-*****79-67** | 23,151.07 | 2,700.00 | 0.00 |
| **MMA # *******80** | 27,225.59 | 0.00 | 0.00 |
| **Checking # *******76** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******79-66** | 0.00 | 0.00 | 48,080.62 |
| | $50,780.62 | $2,700.00 | $48,080.62 |

# Exhibit C

## Case: 8:01-bk-05320-ALP9    BASUM CORPORATION

Claims Bar Date: 11/13/01

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | BARBARA JAMES<br>Cherry Lane Farms<br>6374 Hedgerow Dr.<br>Westchester, OH 45069<br><4120-00  Real Estate--Non-consensual Liens (judgments, mechanics liens)>,  300 | Secured<br>04/19/01 | | $42,975.84<br>$0.00 | $0.00 | $0.00 |
| 36 | FLEET CAPITAL LEASING<br>P.O. Box 7023<br>Troy, Mi 48007<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  300 | Secured<br>07/09/01 | | $5,201.09<br>$0.00 | $0.00 | $0.00 |
| 14P | CHARLENE ROSSELOT<br>352 Walnut St.<br>Lawrenceburg, In 47025<br><5600-00  Deposits>,  580 | Priority<br>04/27/01 | | $20,862.50<br>$1,950.00 | $0.00 | $1,950.00 |
| 16P | GEROLD KRUCZYNSKI<br>Rosemary Ruggerio<br>110 Bissett St.<br>Sayreville, NJ 08872<br><5600-00  Deposits>,  580 | Priority<br>04/27/01 | | $23,970.00<br>$1,950.00 | $0.00 | $1,950.00 |
| 1 | AMERIGAS<br>25069 Marion Ave.<br>Punta Gorda, Fl 33950<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/16/01 | | $780.28<br>$780.28 | $0.00 | $780.28 |
| 2 | SHIRLEY CONSTRUCTION & DRYWALL<br>18440 Paulson Drive, Ste F<br>Port Charlotte, Fl 33954<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/16/01 | | $12,074.10<br>$12,074.10 | $0.00 | $12,074.10 |
| 3 | SHIRLEY CONSTRUCTION & DRYWALL<br>18440 Paulson Drive, Ste F<br>Port Charlotte, Fl 33954<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/16/01 | | $5,502.53<br>$5,502.53 | $0.00 | $5,502.53 |
| 4 | SHIRLEY CONSTRUCTION & DRYWALL<br>18440 Paulson Drive, Ste F<br>Port Charlotte, Fl 33954<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/16/01 | | $9,256.70<br>$9,256.70 | $0.00 | $9,256.70 |

# Exhibit C

## Case: 8:01-bk-05320-ALP9    BASUM CORPORATION

Claims Bar Date: 11/13/01

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | GEORGE E. FRANTZ JR. <br> P.O. Box 510601 <br> Punta Gorda, Fl 33951 <br> <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 04/16/01 | | $400.00 <br> $400.00 | $0.00 | $400.00 |
| 6 | EMPIRE BLDG. SVCS <br> 7282 55th Ave. E. Suite 145 <br> Bradenton, Fl 34203 <br> <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 04/17/01 | | $10,539.75 <br> $10,539.75 | $0.00 | $10,539.75 |
| 8 | GULF COAST BLDG. SUPPLIES <br> 3045 S. Mccall Rd. <br> Englewood, Fl 34224 <br> <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 04/19/01 | | $5,595.22 <br> $0.00 | $0.00 | $0.00 |
| 9 | OAK PARK PROFESSIONAL CENTER <br> 1720 El Jobean Road <br> Port Charlotte, Fl 33948 <br> <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 04/20/01 | | $5,510.50 <br> $5,510.50 | $0.00 | $5,510.50 |
| 10 | RCS-RESIDENTIAL <br> Construction Specialtie <br> P.o. Box 280156 <br> Tampa, FL 33682 <br> <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 04/20/01 | | $7,373.18 <br> $7,373.18 | $0.00 | $7,373.18 |
| 11 | REAL ESTATE REVIEW <br> P.O. Box 3341 <br> Port Charlotte, Fl 33949 <br> <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 04/20/01 | | $1,152.09 <br> $1,152.09 | $0.00 | $1,152.09 |
| 12 | CUSTOM PERCISION POOLS <br> 1489 Market Circle Building <br> Port Charlotte, Fl 33953 <br> <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 04/23/01 | | $8,290.59 <br> $8,290.59 | $0.00 | $8,290.59 |
| 13 | STEPHENS WINDOW & DOOR CO. <br> Daviane Enterprises, Inc. <br> 25550 Technology Blvd. <br> Punta Gorda, FL 33950 <br> <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 04/23/01 | | $9,042.14 <br> $0.00 | $0.00 | $0.00 |
| 14U | CHARLENE ROSSELOT <br> 352 Walnut St. <br> Lawrenceburg, In 47025 <br> <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 04/27/01 | | $0.00 <br> $18,912.50 | $0.00 | $18,912.50 |

# Exhibit C

## Case: 8:01-bk-05320-ALP9    BASUM CORPORATION

Claims Bar Date:  11/13/01

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | CT LANE PAINTING<br>P.O. Box 38113<br>Murdock, Fl 33938<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/27/01 | | $21,166.30<br>$21,166.30 | $0.00 | $21,166.30 |
| 16U | GEROLD KRUCZYNSKI<br>Rosemary Ruggerio<br>110 Bissett St.<br>Sayreville, NJ 08872<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/27/01 | | $0.00<br>$22,020.00 | $0.00 | $22,020.00 |
| 17 | PASS INDUSTRIES  INC.<br>1282 Market Circle, Unit 1<br>Port Charlotte, Fl 33953<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/27/01 | | $2,126.03<br>$2,126.03 | $0.00 | $2,126.03 |
| 18 | WALTERS LEVINE BROWN<br>Klingensmith & Thom<br>P.o. Box 1479<br>Sarasota, FL 34230<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/27/01 | | $30,546.61<br>$30,546.61 | $0.00 | $30,546.61 |
| 19 | SPRINT<br>M/s: Ksophh0516-5a622<br>Overland Park, KS 66251-1666<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/30/01 | | $307.16<br>$307.16 | $0.00 | $307.16 |
| 20 | FLORIDA POWER & LIGHT COMPANY<br>&#037; Christopher L. Artis<br>P.o. Box 025209<br>Miami, FL 33102-5209<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/30/01 | | $746.71<br>$746.71 | $0.00 | $746.71 |
| 21 | PATTISON  KOSKEY & RATH<br>502 Union St.<br>Hudson, Ny 12534<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/23/01 | | $2,643.00<br>$2,643.00 | $0.00 | $2,643.00 |
| 22 | HESS<br>P.O. Box 639<br>Portland, Me 04103<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/26/01 | | $2,368.38<br>$0.00 | $0.00 | $0.00 |
| 23 | TALKBOX COMMUNICATIONS<br>P.O. Box 381083<br>Murdock, Fl 33938<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/02/01 | | $90.95<br>$90.95 | $0.00 | $90.95 |

# Exhibit C

## Case: 8:01-bk-05320-ALP9    BASUM CORPORATION

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 24 | RK SERVICES  INC.<br>3335c Tamiami Trail<br>Port Charlotte, Fl 33952<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/03/01 | | $2,865.23<br>$2,865.23 | $0.00 | $2,865.23 |
| 25 | CULVERT SPECIALIST<br>1077 Sanger St.<br>Port Charlotte, Fl 33952<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/08/01 | | $437.00<br>$437.00 | $0.00 | $437.00 |
| 26 | ADVANTA BUSINESS SERVICES<br>&#037; Kenneth H. Struck, Esq.<br>521 Pleasant Valley Ave., Ste. 4<br>Moorestown, NJ 08057<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/14/01 | | $8,076.70<br>$8,076.70 | $0.00 | $8,076.70 |
| 27 | AMERIGAS<br>c/o Patricia Roonan<br>1402 Market Circle<br>Port Charlotte, FL 33953<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/10/01 | | $780.28<br>$0.00 | $0.00 | $0.00 |
| 28 | JOHN & PEGGY DILIO<br>447 Guyana St.<br>Punta Gorda, Fl 33983<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/16/01 | | $20,000.00<br>$20,000.00 | $0.00 | $20,000.00 |
| 29 | THE CHASE MANHATTAN BANK<br>c/o Upton, Cohen & Slamowitz<br>485 Underhill Blvd.<br>Syosset, NY 11791<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/24/01 | | $24,426.28<br>$0.00 | $0.00 | $0.00 |
| 30 | SUN CITY CONSTRUCTION<br>Cleaning<br>795 Merrick Lane<br>Port Charlotte, FL 33948<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/31/01 | | $225.00<br>$225.00 | $0.00 | $225.00 |
| 31 | FLORIDA ROCK INDUSTRIES INC<br>P.O. Box 4667<br>Jacksonville, Fl 32201<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/31/01 | | $1,702.86<br>$1,702.86 | $0.00 | $1,702.86 |
| 32 | PORT CHARLOTTE FLORIST<br>900 Tamiami Trail<br>Port Charlotte, Fl 33953<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/13/01 | | $96.97<br>$96.97 | $0.00 | $96.97 |

# Exhibit C

## Case: 8:01-bk-05320-ALP9      BASUM CORPORATION

Claims Bar Date: 11/13/01

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 33 | STATE OF FLORIDA  DEPT. OF REVENUE<br>Office Of General Council/bkcy Sec<br>P.o. Box 6668<br>Tallahassee, FL 32314-6668<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/18/01 | | $25.00<br>$25.00 | $0.00 | $25.00 |
| 34 | DAVIDSON INSULATION<br>1146 Market Circle<br>Port Charlotte, Fl 33953<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/27/01 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 35 | MANASOTA FLOORING  INC.<br>Stephen H. Kurvin, Esq.<br>7 South Lime Avenue<br>Sarasota, FL 34237<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/05/01 | | $36,615.68<br>$36,615.68 | $0.00 | $36,615.68 |
| 38 | HOWARD'S POOL WORLD<br>4288-b Pinnacle St.<br>Port Charlotte, Fl 33980<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/17/01 | | $240.00<br>$240.00 | $0.00 | $240.00 |
| 39 | CHARLOTTE STATE BANK<br>&#037; Mark D. Hildreth, Esq.<br>P.o. Box 49948<br>Sarasota, FL 34230-6948<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/05/01 | | $75,521.55<br>$75,521.55 | $0.00 | $75,521.55 |

|  | Case Total: | | | | $0.00 | $309,144.97 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 8:01-bk-05320-ALP9
Case Name: BASUM CORPORATION
Trustee Name: DOUGLAS N. MENCHISE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| BARBARA JAMES | $ 0.00 |
| FLEET CAPITAL LEASING | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Trustee | DOUGLAS N. MENCHISE, SUCCESSOR TRUSTEE | $ 4,032.55 | $ 486.45 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | JUDY D. SMITH, C.P.A. | $ 2,046.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ 500.00 | $ |
| Other | | $ | $ |
| Trustee | THOMAS S. HEIDKAMP, FORMER TRUSTEE | $ 1,756.48 | $ 44.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,900.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 14P | CHARLENE ROSSELOT | $ 1,950.00 | $ 1,950.00 |
| 16P | GEROLD KRUCZYNSKI | $ 1,950.00 | $ 1,950.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 305,244.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | AMERIGAS | $ 780.28 | $ 90.27 |
| 2 | SHIRLEY CONSTRUCTION & DRYWALL | $ 12,074.10 | $ 1,396.88 |
| 3 | SHIRLEY CONSTRUCTION & DRYWALL | $ 5,502.53 | $ 636.60 |
| 4 | SHIRLEY CONSTRUCTION & DRYWALL | $ 9,256.70 | $ 1,070.93 |
| 5 | GEORGE E. FRANTZ JR. | $ 400.00 | $ 46.28 |
| 6 | EMPIRE BLDG. SVCS | $ 10,539.75 | $ 1,219.37 |
| 8 | GULF COAST BLDG. SUPPLIES | $ 0.00 | $ 0.00 |
| 9 | OAK PARK PROFESSIONAL CENTER | $ 5,510.50 | $ 637.52 |
| 10 | RCS-RESIDENTIAL | $ 7,373.18 | $ 853.02 |

| | | | | | |
|---|---|---|---|---|---|
| 11 | REAL ESTATE REVIEW | $ | 1,152.09 | $ | 133.29 |
| 12 | CUSTOM PERCISION POOLS | $ | 8,290.59 | $ | 959.16 |
| 13 | STEPHENS WINDOW & DOOR CO. | $ | 0.00 | $ | 0.00 |
| 14U | CHARLENE ROSSELOT | $ | 18,912.50 | $ | 2,188.03 |
| 15 | CT LANE PAINTING | $ | 21,166.30 | $ | 2,448.78 |
| 16U | GEROLD KRUCZYNSKI | $ | 22,020.00 | $ | 2,547.54 |
| 17 | PASS INDUSTRIES, INC. | $ | 2,126.03 | $ | 245.97 |
| 18 | WALTERS LEVINE BROWN | $ | 30,546.61 | $ | 3,534.01 |
| 19 | SPRINT | $ | 307.16 | $ | 35.54 |
| 20 | FLORIDA POWER & LIGHT COMPANY | $ | 746.71 | $ | 86.39 |
| 21 | PATTISON KOSKEY & RATH | $ | 2,643.00 | $ | 305.77 |
| 22 | HESS | $ | 0.00 | $ | 0.00 |
| 23 | TALKBOX COMMUNICATIONS | $ | 90.95 | $ | 10.52 |
| 24 | RK SERVICES, INC. | $ | 2,865.23 | $ | 331.49 |
| 25 | CULVERT SPECIALIST | $ | 437.00 | $ | 50.56 |
| 26 | ADVANTA BUSINESS SERVICES | $ | 8,076.70 | $ | 934.41 |
| 27 | AMERIGAS | $ | 0.00 | $ | 0.00 |
| 28 | JOHN & PEGGY DILIO | $ | 20,000.00 | $ | 2,313.85 |
| 29 | THE CHASE MANHATTAN BANK | $ | 0.00 | $ | 0.00 |
| 30 | SUN CITY CONSTRUCTION | $ | 225.00 | $ | 26.03 |
| 31 | FLORIDA ROCK INDUSTRIES INC | $ | 1,702.86 | $ | 197.01 |
| 32 | PORT CHARLOTTE FLORIST | $ | 96.97 | $ | 11.22 |
| 33 | STATE OF FLORIDA DEPT. OF REVENUE | $ | 25.00 | $ | 2.89 |
| 34 | DAVIDSON INSULATION | $ | 0.00 | $ | 0.00 |
| 35 | MANASOTA FLOORING INC. | $ | 36,615.68 | $ | 4,236.15 |
| 38 | HOWARD'S POOL WORLD | $ | 240.00 | $ | 27.77 |

**UST Form 101-7-TFR (9/1/2009)**

|     39     | CHARLOTTE STATE BANK | $   75,521.55 | $   8,737.26 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
| N/A | | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.