UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
BASUM CORPORATION  CASE NO. 01-05320-ALP9

     Debtor(s)               /

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, DOUGLAS N. MENCHISE, as Trustee of the above-captioned matter, and respectfully states that, pursuant to the orders of distribution, he has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant | Amount |
|---|---|---|---|
| 16P | 10108 | GEROLD KRUCZYNSKI<br>Rosemary Ruggerio, 110 Bissett St.<br>Sayreville, NJ 08872 | $1,950.00 |
| 1 | 10109 | AMERIGAS<br>25069 Marion Ave.<br>Punta Gorda, Fl 33950 | $90.27 |
| 6 | 10114 | EMPIRE BLDG. SVCS<br>7282 55th Ave. E. Suite 145<br>Bradenton, Fl 34203 | $1,219.37 |
| 10 | 10116 | RCS-RESIDENTIAL<br>Construction Specialtie, P.o. Box 280156<br>Tampa, FL 33682 | $853.02 |
| 11 | 10117 | REAL ESTATE REVIEW<br>P.O. Box 3341<br>Port Charlotte, Fl 33949 | $133.29 |
| 12 | 10118 | CUSTOM PERCISION POOLS<br>1489 Market Circle Building<br>Port Charlotte, Fl 33953 | $959.16 |
| 16U | 10121 | GEROLD KRUCZYNSKI<br>Rosemary Ruggerio, 110 Bissett St.<br>Sayreville, NJ 08872 | $2,547.54 |
| 23 | 10127 | TALKBOX COMMUNICATIONS<br>P.O. Box 381083<br>Murdock, Fl 33938 | $10.52 |

| | | | |
|---|---|---|---|
| 24 | 10128 | RK SERVICES INC.<br>3335c Tamiami Trail<br>Port Charlotte, Fl 33952 | $331.49 |
| 28 | 10131 | JOHN & PEGGY DILIO<br>447 Guyana St.<br>Punta Gorda, Fl 33983 | $2,313.85 |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the amount of $10,408.51 to the clerk of the court for deposit in the "unclaimed funds account," and states that the claimants entitled thereto are as listed above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished by ELECTRONIC NOTIFICATION to the U.S. Trustee, USTPRegion21.TP.ECF@USDOJ.GOV, on March 14, 2011.

    /s/   Douglas N. Menchise
DOUGLAS N. MENCHISE
Chapter 7 Trustee
300 TURNER STREET
CLEARWATER, FL 33756
(727) 442-2186