UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

RE: )
) Case No. 01-05320-ALP9
Basum Corporation )
) Judge - To Be Assigned
Debtor(s) )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Gerald Kruczynski, Claimant, hereby petitions the Court for $4,497.54, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to, Gerold Kruczynski, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to a Gerald Kruczynski, 110 Bissett St., Sayreville, NJ 08872. That address is no longer valid. The current address is listed below. The change in mailing address may have prevented the original dividend check from being cashed.

The creditor's current mailing address is:

Gerald Kruczynski
Attn: Gerald Kruczynski
3718 Eagle Hammock Dr.
Sarasota, FL 34240-8238
941-379-0161
Last Four Digits of SSN/TIN: 4577

Dilks & Knopik, LLC now seeks to recover the funds from the Court's Registry. Wherefore, Dilks & Knopik, LLC prays that the Court order that a check in the amount of $4,497.54 made payable to Gerald Kruczynski c/o Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027 be issued form the Courts Registry.

Date: April 5, 2011

Brian J. Dilks
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027

Sworn and subscribed to, before me
this _____ 5 _____ day of __April__, 20 11

_Caryn M Dilks_
Caryn M Dilks, Notary Public
for State of Washington, County of King
Commission Expires: July 29, 2014

# AFFIDAVIT OF FUNDS LOCATOR

I, Brian J. Dilks of Dilks & Knopik, LLC, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that Gerald Kruczynski is legally entitled to the unclaimed funds referenced in this application. To the best of my knowledge and belief, I am familiar with State of Florida requirements for acting in the capacity as a personal representative (or Attorney-in-fact).

Dated April 5, 2011

_____
Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
Gerald Kruczynski.

# CERTIFICATE OF SERVICE OF APPLICATION

Notice is hereby given that on April 5, 2011 a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by U.S. Mail at the following addresses:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N .Tampa Street, Ste 3200
Tampa, FL 33602

U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

Basum Corporation
5 Michael Ct.
Hudson, NY 12534

Furthermore, a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by electronic mail at the following email addresses:

Marshall L Cohen
Attorney for Debtor
mlcatty@ethx.biz

Douglas N Menchise
Case Trustee
Dmenchise@verizon.net

Dated: April 5, 2011

_____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for
Gerald Kruczynski

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

RE: Basum Corporation )
) Case: 01-05320-ALP9
)
) **AUTHORITY TO ACT**
) **Limited Power of Attorney**
Debtor(s) ) **LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Gerald Kruczynski** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$4,497.54** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _Gerald Kruczynski_ (signature)
Gerald Kruczynski

Tax ID: XXX-XX-_4577_

_4/1_, 20_11_
Date

### ACKNOWLEDGMENT

STATE OF _Florida_ )          COUNTY OF _Sarasota_ )

On this _1_ day of _April_, _2011_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Gerold Kruczynski known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Felice Volosin_
Residing at _Sarasota, FL_
My Commission expires _6/28/2013_

FELICE VOLOSIN
Notary Public, State of Florida
Commission# DD893429
My comm. expires June 28, 2013



Florida DRIVER LICENSE

GERALD J KRUCZYN[...]
3718 EAGLE HAMMOCK DR
SARASOTA, FL 34240-8258
DOB [redacted] 1943  SEX M  HGT 6-00
ISSUED [redacted] 19
EXPIR [redacted] 18
REST
ENDO

M[...]0901[...]50078   SAFE DRIVER

# HUD - 1 UNIFORM SETTLEMENT STATEMENT

OMB Approval No. 2502-0265

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

SETTLEMENT STATEMENT

TYPE OF LOAN

| | | |
|---|---|---|
| 3. Conv. Unins. | 1. X FHA | 2. FmHA |
| | 4. VA | 5. Conv. Ins. |

6. File Number: [redacted]
7. Loan Number: [redacted]
8. Mortgage Insurance Case Number

NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

NOTE: TIN = Taxpayer's Identification Number

**NAME AND ADDRESS OF BORROWER:**
[B]arry A. Smalling
[H]edwig A. Smalling
[?] Letts Court
[S]ayreville, NJ 08872

**E. NAME, ADDRESS AND TIN OF SELLER:**
Gerald J. Kruczynski
Rosemary Ruggiero
110 Bissett Street
Sayreville, NJ 08872

**F. NAME AND ADDRESS OF LENDER:**
Jersey Mortgage Company
20 Commerce Drive, Ste. 220
Cranford, NJ 07016

**PROPERTY LOCATION:**
110 Bissett Street
Sayreville, NJ 08872

77   70

**H. SETTLEMENT AGENT NAME, ADDRESS AND TIN**
Robert S. Seguin, P.C.
2 Booream Avenue, Milltown, NJ 08850
22-3242679

**PLACE OF SETTLEMENT**
2 Booream Avenue
Milltown, NJ 08850

**I. SETTLEMENT DATE**
08/22/2003

## J. SUMMARY OF BORROWER'S TRANSACTION

| 100. GROSS AMOUNT DUE FROM BORROWER: | |
|---|---|
| 101. Contract sales price | [redacted] |
| 102. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | [redacted] |
| 104. | |
| 105. | |
| Adjustments for items paid by seller in advance | |
| 106. City/town taxes - 09/30/2003 | [redacted] |
| 107. County taxes | |
| 108. Assessments | |
| 109. | |
| 110. | |
| 111. | |
| 112. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | [redacted] |

| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | |
|---|---|
| 201. Deposit or earnest money | [redacted] |
| 202. Principal amount of new loan(s) | [redacted] |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| Adjustments for items unpaid by seller | |
| 210. City/town taxes | |
| 211. County taxes | |
| 212. Assessments | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| 220. TOTAL PAID BY/FOR BORROWER | [redacted] |

| 300. CASH AT SETTLEMENT FROM/TO BORROWER | |
|---|---|
| 301. Gross amount due from borrower (Line 120) | [redacted] |
| 302. Less amount paid by/for borrower (Line 220) | [redacted] |
| 303. CASH FROM BORROWER | [redacted] |

## K. SUMMARY OF SELLER'S TRANSACTION

| 400. GROSS AMOUNT DUE TO SELLER: | |
|---|---|
| 401. Contract sales price | [redacted] |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| Adjustments for items paid by seller in advance | |
| 406. City/town taxes - 09/30/2003 | [redacted] |
| 407. County taxes | |
| 408. Assessments | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| 420. GROSS AMOUNT DUE TO SELLER | [redacted] |

| 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
|---|---|
| 501. Excess deposit | |
| 502. Settlement charges to seller (Line 1400) | [redacted] |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff of first mortgage loan Rahway Savings | [redacted] |
| 505. Payoff of second mortgage loan | |
| 506. | |
| 507. | |
| 508. | |
| 509. | |
| Adjustments for items unpaid by seller | |
| 510. City/town taxes | |
| 511. County taxes | |
| 512. Assessments | |
| 513. Borough of Sayreville water | [redacted] |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| 520. TOTAL REDUCTION AMOUNT DUE SELLER | [redacted] |

| 600. CASH AT SETTLEMENT FROM/TO SELLER | |
|---|---|
| 601. Gross amount due to seller (Line 420) | [redacted] |
| 602. Less reduction in amount due seller (Line 520) | [redacted] |
| 603. CASH TO SELLER | [redacted] |

### SELLER'S STATEMENT

The information contained in Blocks E, G, H, and I and on line 401 (or, if line 401 is asterisked, line 403 and 404) is important tax information and is being furnished to the Internal Revenue Service (see Seller Certification). If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. You are required to provide the Settlement Agent with your correct taxpayer identification number. If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

(Seller's Signature)   Gerald J. Kruczynski

(Seller's Signature)   Rosemary Ruggiero

EASY SOFT, Inc. 1999 Previous editions are obsolete

Page 1

form HUD-1 (3/86) ref Handbook 4305.2

ANNUAL BORROWER STATEMENT                                                    20-08190563098
FOR TAX YEAR ENDING: 12/31/03

```
THE RAHWAY SAVINGS INSTITUTION              FORM 1098 - MORTGAGE INTEREST STATEMENT
MORTGAGE LOAN DEPARTMENT                    OMB# 1545-0901
1500 IRVING STREET
RAHWAY, NJ 07065                            PAYER/BORROWER TAX ID       RECIPIENT TAX ID
1 (800) 490-2639
                                            ▓▓▓▓▓▓▓▓▓▓▓                 ▓▓▓▓▓▓▓▓▓▓▓
GERALD J KRUCZYNSKI
ROSEMARY RUGGIERO                           ACCOUNT NUMBER               OLD ACCOUNT NO.
110 BISSETT ST
SAYREVILLE, NJ  08872-1782                  ▓▓▓▓▓▓▓▓▓▓▓

                                            NOTE DATE       BRANCH       PSV/INV
                                            ▓▓▓▓▓▓▓         074          /
```

| TRANSACTION DATE | CODE | AMOUNT | DUE DATE | TRANSACTION DESCRIPTION | LATE CHARGE | INTEREST AMOUNT | ESCROW AMOUNT | PRINCIPAL AMOUNT | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|---|---|
|       |     |          |         | BEG BALANCES |      |        | 2,082.17 |          |  |
| 01/18 | 252 | 1,615.70- |         | SAYREVILLE   | .00  | .00    | 1,615.70- | .00      |  |
| 01/30 | 211 | 1,707.50  | 2/01/03 | REGULAR PMT  | .00  | 525.07 | 722.11   | 460.32-  |  |
| 01/30 | 242 | 42.50     |         | PRIN CURTAIL | .00  | .00    | .00      | 42.50-   |  |
| 02/28 | 211 | 1,546.25  | 3/01/03 | REGULAR PMT  | .00  | 522.19 | 560.86   | 463.20-  |  |
| 02/28 | 242 | 53.75     |         | PRIN CURTAIL | .00  | .00    | .00      | 53.75-   |  |
| 03/31 | 211 | 1,546.25  | 4/01/03 | REGULAR PMT  | .00  | 519.23 | 560.86   | 466.16-  |  |
| 03/31 | 242 | 53.75     |         | PRIN CURTAIL | .00  | .00    | .00      | 53.75-   |  |
| 04/19 | 252 | 1,615.70- |         | SAYREVILLE   | .00  | .00    | 1,615.70- | .00     |  |
| 04/29 | 211 | 1,546.25  | 5/01/03 | REGULAR PMT  | .00  | 516.25 | 560.86   | 469.14-  |  |
| 04/29 | 242 | 53.75     |         | PRIN CURTAIL | .00  | .00    | .00      | 53.75-   |  |
| 05/29 | 211 | 1,546.25  | 6/01/03 | REGULAR PMT  | .00  | 513.25 | 560.86   | 472.14-  |  |
| 05/29 | 242 | 53.75     |         | PRIN CURTAIL | .00  | .00    | .00      | 53.75-   |  |
| 06/27 | 211 | 1,546.25  | 7/01/03 | REGULAR PMT  | .00  | 510.24 | 560.86   | 475.15-  |  |
| 06/27 | 242 | 53.75     |         | PRIN CURTAIL | .00  | .00    | .00      | 53.75-   |  |
| 07/30 | 211 | 1,546.25  | 8/01/03 | REGULAR PMT  | .00  | 507.21 | 560.86   | 478.18-  |  |
| 08/11 | 850 | 1,786.90- |         | SAYREVILLE   | .00  | .00    | 1,786.90- | .00     |  |
| 08/25 | 220 | 87,321.86 |         | LOAN PAYOFF  | .00  | 420.39 | 1,151.14- | 88,052.61- |  |

```
LATE CHARGES        INTEREST        TAXES           INSURANCE       ESCROW          PRINCIPAL
PAID / DUE          PAID            DISBURSED       DISBURSED       BALANCE         BALANCE
.00 / .00           ▓▓▓▓▓▓          ▓▓▓▓▓▓              .00             .00             .00

BOX 1 - MORTGAGE INTEREST RECEIVED FROM PAYER/BORROWER FOR TAX REPORTING
BOX 2 - POINTS PAID ON PURCHASE OF PRINCIPAL RESIDENCE FOR TAX REPORTING         ▓▓▓▓▓    .00
BOX 3 - REFUND OF OVERPAID INTEREST FOR TAX REPORTING
OTHER -                                                                                   .00
```

---

Form W-2 Wage and Tax Statement 2001                                      Copy C For employee's records

The Treasury-Internal Revenue Service OMB No. 1545-0008    This information is being furnished to the Internal Revenue Service and appropriate State and Local officials

| Employer's Identification Number | 38-0549190 | | 1 Wages, tips, other compensation ▓▓▓▓ | 2 Federal income tax withheld ▓▓▓▓ |
|---|---|---|---|---|
| Employer's Name, Address, and Zip Code | FORD MOTOR COMPANY THE AMERICAN ROAD DEARBORN  MI  48121 | | 3 Social security wages ▓▓▓▓ | 4 Social security tax withheld ▓▓▓▓ |
| | | | 5 Medicare wages & tips ▓▓▓▓ | 6 Medicare tax withheld ▓▓▓▓ |
| Employee's Social Security Number | KRUCZYNSKI, G J  110 BISSETT ST  SAYREVILLE  NJ  08872 | ▓▓▓▓▓▓▓▓ | 10 Dependent care benefits  .00 | 11 Nonqualified Plans  .00 |
| Employee's Name, Address, and Zip Code | 1   0220   8000   2 A   H | | 12C Group Term Life Insurance ▓▓▓▓ | 12D 401 (K) TESP ▓▓▓▓ |
| Employer's State or Local I.D. No. 380-549-190-005 | Employer's State or Local I.D. No. 380-549-190-005 | 13 Statutory emp. / Retirement Plan X | 12M Uncollected soc sec tax  .00 | 12N Uncollected medicare tax  .00 |
| 15 Name of state or locality NEW JERSEY | 16 State or local wages, tips, etc. ▓▓▓▓ | 17 State or local income tax withheld ▓▓▓▓ | 12T Adoption benefits  .00 | 12V Non statutory stock options  .00 |
| 20 Name of state or locality NJ-UC | 18 State or local wages, tips, etc.  .00 | 19 State or local income tax withheld ▓▓▓▓ | 14 Other | 30 Union dues ▓▓▓▓ |

SEE BACK OF THIS COPY FOR IMPORTANT EARNED INCOME CREDIT INFORMATION

The Treasury-Internal Revenue Service OMB No. 1545-0008    This information is being furnished to the Internal Revenue Service and appropriate State and Local officials

| Employer's Identification Number, Name, Address, and Zip Code ▶ | 38-0549190<br>FORD MOTOR COMPANY<br>THE AMERICAN ROAD<br>DEARBORN          MI     48121 | | | 1 Wages, tips, other compensation ███ | 2 Federal income tax withheld ███ |
|---|---|---|---|---|---|
| | | | | 3 Social security wages ███ | 4 Social security tax withheld ███ |
| | | | | 5 Medicare wages & tips | 6 Medicare tax withheld |
| Employee's Social Security Number, Name, Address, and Zip Code ▶ | KRUCZYNSKI, GERALD J ███<br>110 BISSETT ST<br>SAYREVILLE          NJ     08872       2 A         H<br>O      0220         8000 | | | 10 Dependent care benefits .00 | 11 Nonqualified Plans .00 |
| | | | | 12C Group Term Life Insurance ███ | 12D 401 (K) TESP ███ |
| Employer's State or Local I.D. No.<br>380-549-190-005 | Employer's State or Local I.D. No.<br>380-549-190-005 | 13 Statutory emp. | Retirement Plan X | 12M Uncollected soc sec tax .00 | 12N Uncollected medicare tax .00 |
| 15 Name of state or locality<br>NEW JERSEY | 16 State or local wages, tips, etc. ███ | 17 State or local income tax withheld ███ | 12T Adoption benefits .00 | | 12V Non statutory stock options .00 |
| 20 Name of state or locality<br>NJ-DISABILITY | 18 State or local wages, tips, etc. .00 | 19 State or local income tax withheld 1.50 | 14 Other | | 30 Union dues ███ |

**Form W-2 Wage and Tax Statement 2002**                                            Copy C For employee's records